IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

A & D SECURITY CONSULTANTS,  *
LOWELL DUCKETT.
   Plaintiffs  *

v  *  Civil Action No. JFM-12-357

WILLIAM GRAY  *
   Defendant
                          ***

**MEMORANDUM**

     William Gray, a self-represented litigant, disputes a peace order filed in the District Court for Prince George's County, Maryland, by A & D Security Consultants and Lowell Duckett. Gray removed the state case to this court on the basis of federal question jurisdiction. Specifically, Gray asserts this case implicates issues of employment discrimination, civil rights violations under 42 U.S.C § 1985, and violations of the First and Fourteenth Amendments to the United States Constitution. ECF No. 1, p. 2. Additionally, Gray has filed a motion to proceed in forma pauperis.

     Gray's financial affidavit shows that his expected monthly income exceeds his stated expenses, and the motion to proceed in forma pauperis will be denied. Further, Gray fails to provide any factual basis for federal question jurisdiction in this matter. His claims do not address matters of constitutional or federal law, but rather challenge the procedural propriety of the requested peace order based on issues such as the proper name of A & D Security as it is registered with the State of Maryland.[1] This matter will therefore be remanded to the District Court for Prince George's County. A separate order follows.

Date: March 5, 2012                  _____/s/_____
                                            J. Frederick Motz
                                            United States District Judge

---

[1] Gray provides a Post Office box number in the District of Columbia, but does not indicate where he resides. No basis for diversity of citizenship is alleged or shown.